UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| URIEL DELGADO ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE STATE OF NEVADA, *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | 3:11-cv-00271-LRH-VPC <br><br> O R D E R |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#28[1]) entered on April 11, 2012, recommending granting Defendants' Motion to Dismiss (#20) filed on October 19, 2011, and dismissing the complaint (#11). No objection to the Report and Recommendation has been filed. The mailed document was returned to the Court marked "Not at ESP - Discharged". The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation

---

[1] Refers to court's docket number.

(#28) entered on April 11, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#28) entered on April 11, 2012, is adopted and accepted, and Defendants' Motion to Dismiss (#20) is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff's Complaint (#11) is **DISMISSED with prejudice**.

IT IS SO ORDERED.

DATED this 22nd day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE